UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED

APR 2 9 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA,

Plaintiff,

vs.

GINA AVILA (2),

Defendant.

CASE NO. 08CR0959-JAH

JUDGMENT OF DISMISSAL

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

____ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) of: 21 USC 952 and 960; 18 USC 2 - IMPORTATION OF MARIJUANA; AIDING AND ABETTING

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: APRIL 29, 2008

CATHY ANN BENCIVENGO
UNITED STATES MAGISTRATE JUDGE

ENTERED ON _____